```
1  Michael Jackson
   CDC# J-86753
2  Kern Valley Stat Prison
3  P.O. Box 5102
4  Delano, Ca. 93216

5  Attorney for petitioner
6  Michael Jackson
```



IN THE UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL JACKSON
Petitioner,

V.

M.S. EVANS, Warden
Respondent.

CV 06-7227-PA (JC)

Motion in Request motion to know the status of petitioner writ of habeas corpus

Date Feb. 6, 2011
Court: Honorable JACQUELINE CHOOLJIAN

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, __Michael Jackson_____ declare under penalty of perjury that: I am the __Feb. 6, 2011_____ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __6__ day of __Feb._____, 20 __11__, at ~~Salinas Valley State~~ Kern Valley State Prison, ~~Soledad~~ Delano, California ~~93960-1050~~ 93216-5102.

(Signature) __Michael Jackson__
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Michael Jackson_____, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, ~~Soledad, California~~ Delano, 93216-5102 ~~93960-1050~~.

On __Feb. 6__, 20 __11__, I served the foregoing: __Motion to know the status of petitioner writ of habeas corpus__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at ~~Salinas~~ Kern Valley Valley State Prison, ~~Soledad~~ Delano, California ~~93960-1050~~ 93216-5102.

__United State District Court__      __Thomas C. Hsieh__
__Office of the~~ Clerk~~__           __Deputy Attorney General__

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __Feb 6_____, 20 __11__,     __Michael Jackson__
DECLARANT/PRISONER