UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACKSON, | CV 06-7227 PA (JCx) |
| Petitioner, | JUDGMENT |
| v. | |
| M.S. EVANS, | |
| Respondent. | |

Pursuant to this Court's Order Accepting in Part Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is conditionally granted to the extent indicated in the concurrently issued Order Accepting in Part Findings, Conclusions and Recommendation of United States Magistrate Judge and that Respondent shall discharge Petitioner from all adverse consequences of the judgment ijn Los Angeles Superior Court Case No. TA063472, unless the California Court of Appeal rehears Petitioner's appeal of the trial court's determination of his Batson challenge by engaging in a comparative juror analysis in accordance with the Supreme Court's holding in Miller-El within ninety (90) days of the entry of this Judgment, plus any additional delay authorized under State law.

1    IT IS FURTHERED ORDERED that the Clerk serve copies of this Order, the Report
2 and Recommendation and the Judgment on Petitioner and counsel for Respondent.
3 DATED: March 1, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE